The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIELLE WHITING, individually, and as legal guardian of minor children J.R. and R.S. and as Personal Representative of the ESTATE OF KATELYN ROSE SMITH; | NO. 3:24-cv-05962-BHS |
| Plaintiffs, | COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN |
| vs. | |
| CITY OF LONGVIEW; OFFICER ELIJAH HESTON, individually and as an employee of City of Longview; OFFICER DYLAN FLETCHER, individually and as an employee of City of Longview; OFFICER CAITLYN WOOLCOTT-ROSE, individually and as an employee of City of Longview; | |
| Defendants. | |

Pursuant to the Court's December 2, 2024 order, the parties hereby submit the following joint status report and discovery plan.

## I. STATEMENT OF THE NATURE AND COMPLEXITY OF THE CASE

This case involves claims of negligence, wrongful death, violations of the Americans with Disabilities Act (ADA), and civil rights claims under 42 U.S.C. § 1983 arising from the January 1, 2024 death of Katelyn R. Smith. Plaintiffs seek damages against the City of Longview and several of its officers. Defendants deny liability on the plaintiffs' claims. This case is not complex.

COMBINED JOINT STATUS REPORT
AND DISCOVERY PLAN – 1
Cause No.: 3:24-cv-05962-BHS

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

## II.    DEADLINE FOR JOINING OF ADDITIONAL PARTIES

The parties propose a deadline of 90 days following filing of this report for joining additional parties.

## III.    CONSENT TO MAGISTRATE

The parties do not consent to a magistrate.

## IV.    PROPOSED DISCOVERY PLAN

**A.    Initial Disclosures:** Consistent with the Court's December 2, 2024 Order, the parties propose, and anticipate, completion of initial disclosures by February 24, 2025.

**B.    Subjects, Timing, and Potential Phasing of Discovery:** The parties do not believe that discovery will need to be conducted in phases, except that expert discovery will necessarily take place after the expert disclosure deadlines established by the Court in the case schedule.

**C.    Electronically Stored Information:** The parties intend to use the Model Protocol for Discovery of Electronically Stored Information in Civil Litigation.

**D.    Privilege Issues:** The parties are not currently aware of any unusual privilege issues. If issues concerning privileged information arise in the future, the parties will discuss and attempt to resolve those issues between the parties before seeking the Court intervention per Fed. R. Civ. P. 37(a)(1).

**E.    Proposed Limitations on Discovery:** The parties currently believe that the limitations on discovery imposed by the Federal Rules of Civil Procedure and the Court's Local Rules are appropriate. If additional discovery is needed (beyond those limitations), the parties will confer and attempt to stipulate to that before seeking Court intervention.

**F.    The Need for Any Discovery Related Orders:** The parties anticipate the exchange of confidential, proprietary, or private information may require the issuance of a protective order based on the Court's Model Stipulated Protective Order. The relevance of Plaintiff's medical records may also require

COMBINED JOINT STATUS REPORT
AND DISCOVERY PLAN – 2
Cause No.:  3:24-cv-05962-BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

the parties to move to seal those records if they need to be filed with the Court. The parties do not anticipate the need for an additional protective order or discovery related orders at this time.

## V.    THE PARTIES VIEWS, PROPOSALS, AND AGREEMENTS

**A.    Prompt Case Resolution:** ***The parties have agreed to temporarily stay discovery pending completion of pre-litigation mediation, currently scheduled for April 30, 2025.***

**B.    Alternative Dispute Resolution:** The parties have agreed to temporarily stay discovery pending completion of pre-litigation mediation, currently scheduled for April 30, 2025. If resolution is not reached prior to the commencement of discovery, the parties are open to re-engaging in potential settlement negotiations following completion of discovery.

**C.    Related Cases:** The parties are unaware of any other cases related to this one.

**D.    Discovery Management:** The parties agree to manage discovery in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules. The parties have agreed to email or other electronic service of discovery materials where possible. The parties do not currently seek additional management on discovery issues at this time, but may seek an order or other guidance from the Court should the need arise.

**E.    Anticipated Discovery Sought:** The parties currently anticipate discovery depositions of the parties and any non-party percipient witnesses, as well as discovery pursuant to Fed. R. Civ. P. 33-36. The parties agree to utilize stipulations and authorizations to obtain relevant medical records from non-parties to the maximum extent possible.

**F.    Phasing of Motions:** The parties do not currently believe that phasing of motions is necessary.

**G.    Preservation of Discoverable Information:** The parties do not foresee any issues with preservation of Electronically Stored Information.

**COMBINED JOINT STATUS REPORT
AND DISCOVERY PLAN – 3
Cause No.:  3:24-cv-05962-BHS**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

**H.**   **Privilege Issues:** The parties are not aware of any unusual privilege issues at this time. If issues concerning privileged information arise in the future, the parties will confer and attempt to resolve any such issues before seeking the Court's intervention.

**I.**   **Model Protocol for Discovery of ESI:** The parties expect that this case will involve the preservation and production of Electronically Stored Information (ESI) and wish to use the Model Protocol for Discovery of Electronically Stored Information in Civil Litigation.

**J.**   **Alternatives to the Model Protocol:** The parties do not wish to use any alternative to the Model Protocol for Discovery of Electronically Stored Information.

## VI.    DATE BY WHICH DISCOVERY CAN BE COMPLETED

The parties anticipate that discovery can be completed by 120 days prior to trial.

## VII.    BIFURCATION

The parties do not anticipate the need for bifurcation, but the parties may reassess following discovery.

## VIII.   WHETHER THE PRETRIAL STATEENT OR PRETRIAL ORDER SHOULD BE DISPENSED WITH IN WHOLE OR IN PART FOR THE SAKE OF ECONOMY

The parties agree that they will comply with, and will not dispense with, pretrial statements and the pretrial order, but the parties agree to reserve the right to seek the Court's leave to dispense with such statements if it becomes apparent that they are not necessary.

## IX.    OTHER SUGGESTIONS FOR SIMPLIFYING THE CASE

The parties currently have no other specific suggestions for shortening or simplifying the case.

## X.    THE DATE THE CASE WILL BE READY FOR TRIAL

The parties anticipate this case can be ready for trial by March 2, 2026. Currently, counsel have no conflicts with a March 2026 trial. The parties will work together and with the Court to address any unanticipated or unavoidable scheduling issues that arise.

**COMBINED JOINT STATUS REPORT**
**AND DISCOVERY PLAN – 4**
**Cause No.:  3:24-cv-05962-BHS**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

## XI.    WHETHER THE TRIAL WILL BE JURY OR NON-JURY

The parties have demanded a jury trial.

## XII.    THE NUMBER OF TRIAL DAYS REQUIRED

The parties anticipate needing at least 8 trial days of 8 hours per day.

## XIII.    CONTACT INFORMATION FOR ALL TRIAL COUNSEL

**Attorneys for Plaintiff**
ANGUS LEE LAW, PLLC
Angus Lee, WSBA # 36473
9105A NE Hwy 99, Suite 200
Vancouver, WA 98665
Phone: (360) 635-6464
Angus@AngusLeeLaw.com

MARK LINDQUIST LAW, PLLC
Mark Lindquist, WSBA #25076
100 South 9th Street
Tacoma, WA 98402
Phone: (206) 333-0773
mark@marklindquistlaw.com

**Attorneys for Defendants**
LAW LYMAN DANIEL KAMERRER & BOGDANOVICH, P.S.
John E. Justice, WSBA # 23042
Michael J. Throgmorton, WSBA # 44263
2674 RW Johnson Blvd SW
Tumwater, WA 98512
Phone: (360) 754-3480
mthrogmorton@lldkb.com
jjustice@lldkb.com

## XIV.    UNAVAILABLE DATES FOR TRIAL

Counsel for Plaintiffs:

| Dates Unavailable | Reason Unavailable | Conflict trial: Court & Case No. |
|---|---|---|
| June 2, 2025 – June 27, 2025 | Trial | *Zawacky, et al v. Clark Co., et al* (USDCWW 3:22-cv-05101-KKE) |
| July 7, 2025 – July 11, 2025 | Trial | State v. M.P. (Lewis Co. 23-1-00400-21) |

COMBINED JOINT STATUS REPORT
AND DISCOVERY PLAN – 5
Cause No.:  3:24-cv-05962-BHS

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

| July 4, 2025 – July 25, 2025 | Family Vacation M.L. | |
| Aug. 7, 2025 – Aug. 12, 2025 | Family Vacation M.L. | |
| Aug. 25, 2025 – Sept. 12, 2025 | Family Vacation D.A.L. | |
| Feb 9, 2026 – Feb. 13, 2025 | Trial | *Poole v. Vancouver, et al* (USDCWW 3:24-cv-05629-DGE) |
| Mar. 16, 2026 – Mar. 30, 2026 | Trial | *Talley et al. v. The Boeing Company et al.* Case No. 24-2-00985-0 SEA |
| May 11, 2026 – May 25, 2026 | Trial | *Cheryl Myers v. Delta Air Lines* Case No. 2:24-cv-01494 |

Counsel for Defendants:

| Dates Unavailable | Reason Unavailable | Conflict trial: Court & Case No. |
|---|---|---|
| Feb. 25, 2025 | Mediation | *R.A.J. v. State*, Thurston County Case No. 22-2-01312-34 |
| March 31, 2025 – April 28, 2025 | Trial | *Estate of Choi v. City of Lakewood*, Pierce County Case No. |
| May 12, 2025 – May 30, 2025 | Trial | *R.A.J. v. State*, Thurston County Case No. 22-2-01312-34 |
| June 9, 2025 – June 19, 2025 | Trial | *Eaton v. Thurston County*, Pierce County Case No. 23-2-10062-5 |
| June 16, 2025 – June 27, 2025 | Trial | *Wright v. State*, USDC 2:23-cv-01326-BJR-SKV |
| July 21, 2025 – Aug. 1, 2025 | Trial | *A.M., K.M., & B.J.M. v. Inspirit Athletics, et. al*, Pierce County Case No. 23-2-08692-4 |
| Aug. 18, 2025 – Aug. 29, 2025 | Trial | *DiPietro v. Fort, et. al*, Jefferson County Case No. 22-2-00016-16 |
| Aug. 25, 2025 – Sept. 5, 2025 | Trial | *Perillo v. Island Co.*, Snohomish County Case No. 18-2-06549-31 |
| Aug. 26, 2025 – Sept. 5, 2025 | Trial | *Murphy v. Clallam County,* Kitsap County Case No. 23-2-00428-18 |
| Sept. 15, 2025 – Sept. 25, 2025 | Trial | *Scott v. Tacoma*, USDC 3:24-cv-05066-TMC |
| Oct. 1, 2025 – Oct. 13, 2025 | Trial | *Schaffer v. Thurston County*, Lewis County Case No. 24-2-00675-21 |
| Oct. 13, 2025 – Oct. 24, 2025 | Trial | *Quintero v. Kesting*, Thurston County Case No. 24-2-01967-34 |
| Dec. 1, 2025 – Dec. 19, 2025 | Trial | *Maciel v. State*, Thurston County Case No. 22-2-01471-34 |
| Jan. 26, 2026 – Feb. 13, 2026 | Trial | *Nelson v. Thurston County, et al.*, USDC Case No. 3:24-cv-05548 |

**COMBINED JOINT STATUS REPORT**
**AND DISCOVERY PLAN – 6**
**Cause No.:  3:24-cv-05962-BHS**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

## XV.    COMPLETION OF SERVICE

The parties agree that at this time, all known and anticipated parties have been served.

## XVI.   NECESSITY OF SCHEDULING CONFERENCE

The parties do not require a scheduling conference before issuance of a Case Scheduling Order.

## XVII.  NONGOVERNMENTAL CORPORATE DISCLOSURES

No corporate disclosures have been filed in this matter.

DATED this 19th day of February, 2025.

Attorneys for Plaintiff:

ANGUS LEE LAW FIRM, PLLC

/s/ D. Angus Lee
D.Angus Lee, WSBA # 36473
Attorney for Plaintiff
9105A NE Hwy 99, Suite 200
Vancouver, WA 98665
Phone: (360) 635-6464 Fax: (888) 509-8268
Email: Angus@AngusLeeLaw.com

MARK LINDQUIST LAW, PLLC

/s/ Mark Lindquist
Mark Lindquist, WSBA # 25076
Attorney for Plaintiff
100 South 9th Street
Tacoma, WA 98402
Phone: (206) 333-0773
Email: Mark@MarkLindquistLaw.com

Attorneys for Defendant:

LAW LYMAN DANIEL KAMERRER
& BOGDANOVICH, P.S.

/s/ Michael J. Throgmorton
Michael J. Throgmorton, WSBA # 44263
John E. Justice, WSBA # 23042
Attorneys for Defendant
2674 RW Johnson Rd, Tumwater, WA 98512
Phone: (360) 754-3480 Fax: (360) 357-3511
Email: mthrogmorton@lldkb.com
Email: jjustice@lldkb.com

COMBINED JOINT STATUS REPORT
AND DISCOVERY PLAN – 7
Cause No.:  3:24-cv-05962-BHS

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511