HONORABLE BENJAMIN H. SETTLE

1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                     WESTERN DISTRICT OF WASHINGTON AT TACOMA

9

10   DANIELLE WHITING, individually, and as
     legal guardian of minor children J.R. and
11   R.S. and as Personal Representative of
     the ESTATE OF KATELYN ROSE SMITH;    NO.  3:24-cv-05962-BHS
12

13                    Plaintiffs,              ORDER TO APPOINT TRUSTEE, TO
     Vs.                                       ESTABLISH TRUSTS AND FOR FINAL
14                                             ORDERS

15   CITY OF LONGVIEW; OFFICER ELIJAH
     HESTON, individually and as an employee
16   of City of Longview; OFFICER DYLAN
     FLETCHER, individually and as an
17   employee of City of Longview; OFFICER
     CAITLYN WOOLCOTT-ROSE, individually
18   and as an employee of City of Longview;

19                    Defendants.

20

21        THIS MATTER came before the court on the Petition of John R. Wilson, the court

22   appointed Settlement Guardian ad Litem ("SGAL") under LCR 17(c), for approval on the

23   following final matters:

24

25   ORDER - 1                                 **RUSH, HANNULA, HARKINS & KYLER, PLLC**
                                               4701 South 19th Street, Suite 300
                                               TACOMA, WA   98405
                                               TELEPHONE: (253) 383-5388
                                               FAX: (253) 272-5105

1.      Plaintiff's counsel's attorney's fees and costs.

2.      The final distribution summary.

3.      Appointment of Zebular Madison of Madeira, PLLC, to serve as trustee.

4.      Establishment of the J.R. trust and that it be supervised in Pierce County Superior Court.

5.      Establishment of the R.S. trust and that it be supervised in Pierce County Superior Court.

6.      SGAL fee.

The court previously reviewed the SGAL's first report, Dkt. 15-1, and first Supplemental Report, Dkt. 18-1, and also heard from the SGAL during a hearing on September 15, 2025. The court issued two prior Orders that approved the settlement, the allocations of the settlement and that trusts be established for the minors. Dkt. 16 and Dkt. 20.

The court has now reviewed the Second Supplemental report submitted by the SGAL, and hereby entered the following Orders:

1.      Plaintiff's counsel's attorney's fees and costs as delineated in the SGAL's reports are APPROVED.

2.      The following distribution summary of the settlement is APPROVED:

| Total Settlement Amount: | | **$2,000,000.00** |
|---|---|---|
| • Less Attorney's Fee (40%): | - | **800,000.00** |
| • Less Costs Advanced by Attorneys: | - | **5,353.18** |

ORDER - 2

**RUSH, HANNULA, HARKINS & KYLER, PLLC**
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105

- Less SGAL fee                                     -          5,000.00

Net Settlement Proceeds to Claimants:                    $1,189,646.82

                                    *    *    *

ALLOCATION to each claimant:

**Danielle Whiting:    (33.33%)            $396,548.94**

**J.R.:              (31%)                $371,548.94**

                                **Less $2,625.00 for preparation of
                                trust by attorney Zebular Madison.**

**R.S.:             (35%)                $421,548.94**

                                **Less $2,625.00 for preparation of
                                trust by attorney Zebular Madison.**

3.      Zebular Madison of Madeira, PLLC, is appointed as initial trustee of the

J.R. trust and R.S. trust, and his fee for preparing of the trusts is APPROVED.

4.      The J.R. trust is appropriate and hereby ESTABLISHED. Zebular Madison

of Madeira Legal is authorized and directed to open a cause of action in Pierce County

Superior Court to supervise the trust pursuant to the terms of the trust.

5.      The R.S. trust, which includes an Article that addresses the potential need

of the trustee to manage the trust for his special needs, is appropriate and hereby

ESTABLISHED. Zebular Madison of Madeira Legal is authorized and directed to open a

cause of action in Pierce County Superior Court to supervise the trust pursuant to the

terms of the trust.

ORDER - 3

**RUSH, HANNULA, HARKINS & KYLER, PLLC**
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105

6.      The SGAL fee in the amount of $5,000.00 is APPROVED.

7.      THIS MATTER IS HEREBY DISMISSED.

DATED this 6th day of November, 2025.


BENJAMIN H. SETTLE
United States District Judge


Presented by:

By: /s/ John R. Wilson
John R. Wilson, WSBA #24501
Rush, Hannula, Harkins & Kyler, PLLC
4701 S. 19th St., Ste. 300
Tacoma, WA 98405
Telephone: (253) 383-5388
Fax: (253) 272-5105
Email: jwilson@rhhk.com

Settlement Guardian ad Litem

Approved:

MARK LINDQUIST LAW, PLLC

By: /s/ Mark Lindquist
Mark Lindquist, WSBA #25076
Attorney for Plaintiffs
100 South 9th Street
Tacoma, WA 98402
Telephone: (206) 333-0773
Email: Mark@MarkLindquistLaw.com

ANGUS LEE LAW FIRM, PLLC
By: /s/ D. Angus Lee
D. Angus Lee, WSBA #36473

ORDER - 4

RUSH, HANNULA, HARKINS & KYLER, PLLC
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105

1

Attorney for Plaintiffs
9105A NE HWY 99, Suite 200
Longview, WA 98665
Telephone: (360) 635-6464
Fax: (888) 509-8268
Angus@AngusLeeLaw.com

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER - 5

**RUSH, HANNULA, HARKINS & KYLER, PLLC**
4701 South 19th Street, Suite 300
TACOMA, WA   98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105